1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| RONALD R. WHYTE, | Case No. CV 16-06158-RAO |
| Plaintiff, | |
| v. | **JUDGMENT** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

        In accordance with the Memorandum Opinion and Order filed concurrently

herewith,

        IT IS ORDERED AND ADJUDGED that the decision of the Commissioner

of Social Security is AFFIRMED.


DATED:     March 23, 2018

_____
ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE